Savvas S. Diacosavvas
Darren H. Lubetzky
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2809  (Diacosavvas)
Tel: (212) 607-2808  (Lubetzky)
Fax: (212) 607-2822
Email: sdiacosavvas@ftc.gov
Email: dlubetzky@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | | |
|---|---|---|
| Federal Trade Commission | * | Case No.: 19-cv-00063 (CW) |
| v. | * | Honorable Clark Waddoups |
| Fat Giraffe Marketing Group LLC, *et al.* | * | **MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT** |

Plaintiff Federal Trade Commission moves the Court under DUCivR 7-1(a)(2)(G) for approval of the attached Stipulated Order for Permanent Injunction and Monetary Judgment as to all Defendants. In support of this motion, the FTC states as follows:

1.      On January 29, 2019, the FTC filed this action against the following seven defendants for injunctive and other equitable relief pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. §53(b), and the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §§ 6101-6108:  Fat Giraffe Marketing Group LLC; Cloud Click, L.L.C.; Elevate Consulting International LLC; Cove Solutions LLC; Lake View Holdings

LLC; Gregory W. Anderson; and Garrett P. Robins (collectively, "Defendants").

2.  The FTC and all Defendants have settled this matter and have agreed to entry of a proposed Stipulated Order for Permanent Injunction and Monetary Judgment ("Proposed Stipulated Order"), a copy of which is attached hereto as Exhibit 1.

3.  Entry of the Proposed Stipulated Order would resolve this matter in full, except the Court would retain jurisdiction of the matter for purposes of construction, modification, and enforcement of the order.

Wherefore, the FTC respectfully moves this Court to enter the attached proposed Stipulated Order for Permanent Injunction and Monetary Judgment.

Dated:  January 29, 2019                              Respectfully submitted,

                                                   _/s/ Savvas S. Diacosavvas_
Savvas S. Diacosavvas
Darren H Lubetzky
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2809 (Diacosavvas)
Tel: (212) 607-2808 (Lubetzky)
Facsimile: (212) 607-2822
Email: sdiacosavvas@ftc.gov
Email:  dlubetzky@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*