# Exhibit 2

Savvas S. Diacosavvas
Darren H. Lubetzky
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2809  (Diacosavvas)
Tel: (212) 607-2808  (Lubetzky)
Fax: (212) 607-2822
Email: sdiacosavvas@ftc.gov
Email: dlubetzky@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | | |
|---|---|---|
| Federal Trade Commission | * | Case No.: 19-cv-00063 (CW) |
| | * | |
| v. | * | Honorable Clark Waddoups |
| | * | |
| Fat Giraffe Marketing Group LLC, *et al.* | * | **CERTIFICATE OF SERVICE** |
| | * | |
| | * | |

I hereby certify that on January 29, 2019, I electronically filed the Motion for Entry of

Stipulated Order for Permanent Injunction and Monetary Judgment with the Clerk of the Court

for the United States District Court for the District of Utah using the Court's CM/ECF system.  I

further certify that I served the foregoing on the parties via electronic mail to counsel identified

below:

Karra Porter
JD Lauritzen
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Tel: (801) 323-5000
Fax: (801) 355-3472
Email: karra.porter@chrisjen.com

Email: jd.lauritzen@chrisjen.com

*Attorneys for Defendants Fat Giraffe*
*Marketing Group LLC; Cloud Click,*
*L.L.C.; Elevate Consulting International*
*LLC; Cove Solutions LLC; Lake View*
*Holdings LLC; Gregory W. Anderson;*
*and Garrett P. Robins*

Dated:  January 29, 2019

Respectfully submitted,

__/s/ Savvas S. Diacosavvas_____
Savvas S. Diacosavvas
Darren H Lubetzky
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2809 (Diacosavvas)
Tel: (212) 607-2808 (Lubetzky)
Facsimile: (212) 607-2822
Email: sdiacosavvas@ftc.gov
Email: dlubetzky@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*